**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :           ORDER
                                    :
                                    :      _____
                                    :          Docket #
                                    :
------------------------------------x
```

_____, **DISTRICT JUDGE**:
      Judge's Name

The C.J.A. attorney previously appointed to represent defendant Vasquez, _____ is hereby ordered to re-appointed for representation of the defendant in the above captioned matter for purposes of maing a motion for compassionate release.

**SO ORDERED**.

_____
Hon. Lewis A. Kaplan
**UNITED STATES DISTRICT JUDGE**

**Dated:   New York, New York**