UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,

~~(proposed)~~

- against -

Order

11 Cr 59 (LAK)

RICHARD VASQUEZ,

                               Defendant.
------------------------------------------------------------------x

Upon the application of the defendant, RICHARD VASQUEZ, Reg. # 64760-054, though his attorney, Daniel S. Parker of Parker and Carmody, LLP, Mr. Vasquez is in need of his medical records to present to his attorney,

**Wherefore,** Mr. Vasquez is currently incarcerated in the USP Canaan in Pennsylvania, under registration number 64760-054 and unable to transmit a release form through counsel, and

**Wherefore,** time is of the essence:

**IT IS HEREBY ORDERED THAT :**

Notwithstanding any provision of the Health Insurance Accountability and Portability Act of 1996, any medical provider to Mr. Vasqeuz, including the Bureau of Prisons, shall immediately disclose to his counsel, Daniel S. Parker, any and all [medical] records in its possession relating to Mr. Delgado.

SO ORDERED.

Dated: New York, New York
        September 9, 2020

----------------------------------------
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK