UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,


   -against-            11-cr-0059 (LAK)


RICHARD VASQUEZ,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


### ORDER DENYING MOTION FOR COMPASSIONATE RELEASE


LEWIS A. KAPLAN, *District Judge.*

   The motion for compassionate release (Dkt 943) is denied.  The movant has not established that he has exhausted his administrative remedies, which is a prerequisite to judicial relief.  In any case, the Court would deny the motion substantially for the reasons stated at pages 7 and 8 of the government's opposition (Dkt 945) and those articulated in the Court's prior decision denying the movant's motion for a reduction in sentence under 18 U.S.C. 3582(c)(2) (Dkt 701).

   SO ORDERED.

Dated:   October 30, 2020


            /s/

       _____
           Lewis A. Kaplan
         United States District Judge