Probation Form No. 35

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-12-25

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                    Docket No. 1: 11CR00059-014(LAK)

Richard Vasquez

## ORDER OF THE COURT

Pursuant to the petition with the circumstances outlined by the defendant, and his overall compliance, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  12th  day of  February , 20 25 .

Honorable Lewis A. Kaplan
Senior U.S. District Judge