UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA

v.

RICHARD VASQUEZ,

                Defendant.

*PROPOSED*
**ORDER**

11 CR 59 (PAE)

------------------------------------------------------------

LEWIS A. KAPLAN, DISTRICT JUDGE:

    IT IS HEREBY ORDERED that:

    Daniel S. Parker is reappointed to represent the above-captioned defendant pursuant to the Criminal Justice Act *nunc pro tunc* to November 1, 2024.

SO ORDERED

Dated New York, NY
February 12, 2025

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK